```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                       March 22 2021

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY: _____DC_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:      5:21-MJ-181-DUTY |
|                Plaintiff, ) | ORDER OF DETENTION PENDING |
| ) | FURTHER REVOCATION |
|       v. ) | PROCEEDINGS |
| ) | (FED. R. CRIM. P. 32.1(a)(6); 18 |
| Gualberto Gomez ) | U.S.C. § 3143(a)(1)) |
| ) | |
|             Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of _____ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

      (X)    information in the Pretrial Services Report and Recommendation

      (X)    information in the violation petition and report(s)

      ( )    the defendant's nonobjection to detention at this time

      ( )    other: _____

1     and/ or

2   B. (X)     The defendant has not met his/her burden of establishing by clear

3   and     convincing evidence that he/she is not likely to pose a danger to the safety

4           of any other person or the community if released under 18 U.S.C.

5           § 3142(b) or (c).  This finding is based on the following:

6           (X)    information in the Pretrial Services Report and Recommendation

7           (X)    information in the violation petition and report(s)

8           ( )    the defendant's nonobjection to detention at this time

9           ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:   March 22, 2021                    _____

15                                       SHASHI H. KEWALRAMANI
                                         UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28